JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DRAKE VON WALKER, | No. ED CV 17-00529-CAS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| J. SUTTON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Dated: October 2, 2018

CHRISTINA A. SNYDER
United States District Judge